# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS LUIS AREVALO,
　　　　　　　　Appellant,
vs.
CATHERINE MARIE AREVALO, N/K/A
CATHERINE MARIE DELAO,
　　　　　　　　Respondent.

No. 85169

FILED

OCT 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
　　　DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a post-divorce decree district court order directing (1) appellant to obtain a life insurance policy, (2) that an indemnification QDRO will not be entered if appellant obtains the required life insurance, (3) counsel for respondent to notify the court if a compliant life insurance policy is obtained, and (4) that if appellant fails to timely obtain life insurance, the indemnification QDRO shall be submitted to the court for signature. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The order challenged on appeal does not appear to be substantively appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). In particular, the order does not appear appealable as a special order after final judgment because it relates to the mere enforcement of a prior district court order. *See Gumm v. Mainor*, 118 Nev. 912, 59, P.3d 1220 (2002) (recognizing that

22-33386

a post-judgment order must affect rights growing out of the final judgment to be appealable). Accordingly, this court concludes that it lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:  Hon. Charles J. Hoskin, District Judge, Family Court Division
     Jesus Luis Arevalo
     Willick Law Group
     Eighth District Court Clerk